**DISMISS and Opinion Filed January 31, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01287-CV

### OLIVA GIL, Appellant
### V.
### CITY OF KAUFMAN, KAUFMAN COUNTY, KAUFMAN INDEPENDENT SCHOOL DISTRICT, AND TRINITY VALLEY COMMUNITY COLLEGE DISTRICT, Appellees

On Appeal from the 422nd Judicial District Court
Kaufman County, Texas
Trial Court Cause No. 102446-422

## MEMORANDUM OPINION
Before Chief Justice Burns, Justice Whitehill, and Justice Nowell
Opinion by Chief Justice Burns

We questioned our jurisdiction over this appeal from the trial court's "final order" as the clerk's record did not reflect a final order, or any appealable order, had been signed. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (appeal may be taken only from final judgment or appealable order). In a letter brief, filed at our request, appellant agrees we lack jurisdiction.

Because nothing before us demonstrates we have jurisdiction, we dismiss the appeal and all pending motions. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

191287F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

OLIVA GIL, Appellant

No. 05-19-01287-CV     V.

CITY OF KAUFMAN, KAUFMAN
COUNTY, KAUFMAN INDEPENDENT
SCHOOL DISTRICT, AND TRINITY
VALLEY COMMUNITY COLLEGE
DISTRICT, Appellees

On Appeal from the 422nd Judicial District
Court, Kaufman County, Texas
Trial Court Cause No. 102446-422.
Opinion delivered by Chief Justice Burns,
Justices Whitehill and Nowell participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered January 31, 2020.